3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
OCT 0 3 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KAREN KAY HARRYMAN | § | |
| | § | |
| VS. | § | MISCELLANEOUS NO. B-01-025 |
| | § | |
| WILLIAM J. HENDERSON, POSTMASTER | § | |
| GENERAL, U.S. POSTAL SERVICE | § | |

## ORDER

Plaintiff, Karen Kay Harryman ("Harryman"), a resident of Brownsville, Cameron County, Texas, has filed suit in the Brownsville Division of Southern District of Texas. This suit is based on Harryman's claims that her rights were violated by the Postal Service when it did not transfer her from Lincoln, Nebraska to Dallas, Texas.

It is apparent from the face of Harryman's petition that all witnesses and records involved in this case are in Dallas, Texas, which lies within the Northern District of Texas.

The only connection this case has with the Southern District of Texas, Brownsville Division is Harryman's current residence.

IT IS THEREFORE, **ORDERED** pursuant to 28 U.S.C. § 1404(a) that the Clerk transfer this case to the United States District Court for the Northern District of Texas, Dallas Division..

DONE at Brownsville, Texas, this 2nd day October, 2001.

John Wm. Black
United States Magistrate Judge